# Order

**Supreme Court**
**Lansing, Michigan**

October 6, 2005

129404

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

_____

IN RE ARIEL YOSEFF DUBOV, a Minor.

_____

PEOPLE OF THE STATE OF MICHIGAN,
      Petitioner-Appellant,

v

                                           SC: 129404
                                           COA: 264326
                                           Oakland CC

ARIEL YOSEFF DUBOV,
      Respondent-Appellee.
                                           Family Court: 04-693636-DL

_____/

      On order of the Court, the application for leave to appeal the September 1, 2005 order of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted. We further ORDER that the stay entered by this Court on September 2, 2005 remains in effect until completion of this appeal. On motion of a party or on its own motion, the Court of Appeals may modify, set aside, or place conditions on the stay if it appears that the appeal is not being vigorously prosecuted or if other appropriate grounds appear.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 6, 2005                                      _____

s0929                                                       Clerk